

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00002-CR

JECORI HOWARD, Appellant

V.

STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 12-0142X

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

JeCori Howard, appellant, has filed with this Court a motion to dismiss his appeal. The motion was signed by Howard and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Jack Carter
Justice

Date Submitted:     January 14, 2013
Date Decided:       January 15, 2013

Do Not Publish